IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

03 AUG 27 PM 2: 53

David Chamberlin,

    Plaintiff(s)

vs.                                                                                  Civil No: 02-603 JB/ACT

City of Albuquerque et al.,

    Defendant(s)

## MINUTE ORDER

Please be advised that the above captioned case has been transferred from The Honorable Martha Vazquez, United States District Judge, to The Honorable James O. Browning, United States District Judge.

> In accordance with D.N.M.LR-Civ. 10.1, 'the first page of each paper must have the case file number and initials of the assigned Judges.' **Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**

Kindly submit all further pleadings for the above captioned case as case number **CV 02-603 JB/ACT**  **PER ORDER OF THE COURT.....**

ROBERT M. MARCH, CLERK

By: _____
    Deputy Clerk

