IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DAVID R. CHAMBERLIN,**

    Plaintiff,

v.                                            CIV 02-603 MV/DJS-ACE

**THE CITY OF ALBUQUERQUE, and OFFICER
ANDREW LEHOCKY, individually and in his
official capacity as police officer,**

    Defendants.

### NOTICE OF COMPLETION OF BRIEFING
### FOR MOTION AND MEMORANDUM OF LAW
### OF DEFENDANTS TO BAR PLAINTIFF'S EXPERT,
### VANNESS BOGARDUS, III, FROM TESTIFYING AT TRIAL *[Doc. 43]*

Defendants, through their attorneys, French & Associates, P.C. (Robert W. Becker, Esq.) and pursuant to Fed.R.Civ.P. 12(b)(6) and D.N.M.LR-Civ. 7, states the following for their Notice of Completion of Briefing for Motion and Memorandum of Law of Defendants to Bar Plaintiff's Expert, Vanness Bogardus, III, from Testifying at Trial *[Docket No. 43]*:

    1.    The parties have filed the following pleadings:

        A.    Motion and Memorandum of Law of Defendants to Bar Plaintiff's Expert, Vanness Bogardus, III, from Testifying at Trial *[Docket No. 43]*;

        B.    Defendants' Reply Memorandum of Law in Support of Motion to Bar Plaintiff's Expert, Vanness Bogardus, III, from Testifying at Trial [necessitated by letters

Plaintiff's counsel sent to Defendants (which are attached to Reply Memorandum of Law as Exhibits)];

   C. Plaintiff's Response to Defendants' Motion to Bar Plaintiff's Expert, Vanness Bogardus, III, from Testifying at Trial (Doc. 43) was due on August 21, 2003. Even though he was given an additional fourteen (14) day extension in which to file his Response (September 4, 2003), Plaintiff failed to file a formal Response but his letters to Defendants necessitate a Reply Memorandum of Law to fulfill counsel's duty of candor to the Court.

  2. The briefing on Defendants' Motion to Bar Plaintiff's Expert, Vanness Bogardus, III, from Testifying at Trial [Doc. 43] is now complete.

  **WHEREFORE**, Defendants, respectfully requests that this Court grant their Motion to Bar Plaintiff's Expert, Vanness Bogardus, III, from Testifying at Trial and for all other relief this Court deems just and proper.

         Respectfully submitted,

         FRENCH & ASSOCIATES, P.C.

       By: _____
         Robert W. Becker
         Attorneys for Defendant Lehocky
         500 Marquette Ave. N.W., Suite 600
         Albuquerque, New Mexico 87102
         (505) 843-7075

I hereby certify that a true and
correct copy of the foregoing was
sent via U.S. Mail this __11th__ day
of September, 2003 to:

Dennis W. Montoya, Esq.
Attorney for Plaintiff
1905 Lomas Blvd. NW
Albuquerque, New Mexico   87104
(505) 246- 8499

Kathryn Levy
Deputy City Attorney
Attorney for Defendant City of Albuquerque
P.O. Box 2248
Albuquerque, New Mexico   87103
(505) 768-4500


_____
Robert W. Becker